**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 23-cv-02749-REB

CANDIE GONZALES,

    Plaintiff,

vs.

KILOLO KIJAKAZI, Acting Commissioner of Social Security,

    Defendant.

**ORDER GRANTING APPLICATION TO PROCEED IN
DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS**

**Blackburn, J.**

The matter before me is plaintiff's **Application To Proceed in District Court Without Prepaying Fees or Costs** [#2],[1] filed October 20, 2023. The motion and affidavit are in proper form and indicate plaintiff should be granted leave to proceed under 28 U.S.C. § 1915 solely on the basis of inability to prepay fees or give security therefor.

**THEREFORE IT IS ORDERED** that plaintiff's **Application To Proceed in District Court Without Prepaying Fees or Costs** [#2], filed October 20, 2023, is granted.

Dated October 25, 2023, at Denver, Colorado.

                                              **BY THE COURT:**

                                              */s/ Bob Blackburn*
                                              Robert E. Blackburn
                                              United States District Judge

---

[1] "[#2]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.